

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-21-00122-Cv |
| | § | |
| ANGELICA ARAMBULA, | § | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Jesus Rodriguez, presiding judge of County Court at Law No. 5 of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore direct the trial court to (1) vacate the portion of the miscellaneous order denying Relator's request for a jury trial, and (2) set this case for trial by jury, in accordance with the opinion of this Court. The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 25TH DAY OF APRIL, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.